UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MD ASHIK OSMAN,

                    Plaintiff,

        -against-

CAPITAL ONE BANK; THE BANK OF
MISSOURI; FORTIVA FINANCIAL, LLC;
PETAL CARD, INC.; WEBBANK; EQUIFAX
INFORMATION SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and TRANS
UNION, LLC;

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/8/2026_____

26 Civ. 437 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the recent notices of settlement filed by Plaintiff in this matter. *See* ECF No. 40 (concerning Defendant Equifax Information Services, LLC); ECF No. 41 (concerning Defendant Trans Union, LLC); ECF No. 42 (concerning Defendants Petal Card, Inc. and WebBank). Accordingly, the Clerk of Court is respectfully directed to terminate Defendants Equifax Information Services, LLC, Trans Union, LLC, Petal Card, Inc., and WebBank from the docket.

      SO ORDERED.

Dated: June 8, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge