UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MD ASHIK OSMAN,

               Plaintiff,

    -against-

CAPITAL ONE BANK; THE BANK OF
MISSOURI; FORTIVA FINANCIAL, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/23/2026

26 Civ. 437 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the notice of settlement filed by Plaintiff at ECF No. 47. Accordingly, the Clerk of Court is respectfully directed to terminate Defendants Fortiva Financial, LLC, and The Bank of Missouri from the docket.

    SO ORDERED.

Dated:  June 23, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge