USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: __9/3/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MD ASHIK OSMAN,

Plaintiff,

-against-

CAPITAL ONE BANK; EXPERIAN INFORMATION SOLUTIONS, INC and PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendants.

26 Civ. 437 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has been advised that all claims asserted herein by Plaintiff against Portfolio Recovery Associates, LLC ("Portfolio Recovery"), have been settled in principle. ECF No. 71. Accordingly, by **October 5, 2026**, Plaintiff and Portfolio Recovery shall jointly file a stipulation of voluntary dismissal, dismissing Portfolio Recovery from this action.

SO ORDERED.

Dated: September 3, 2026
New York, New York

ANALISA TORRES
United States District Judge